```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 07779
    ANGELINE PATRICIA GOMULKA
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9745

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/04/2005 and was confirmed 04/18/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 10/22/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
HARLEM FURNITURE           SECURED            1000.00        76.67        1000.00
HARLEM FURNITURE           UNSECURED         NOT FILED         .00            .00
WELLS FARGO AUTO FINANCE   SECURED            8125.00       503.92        8125.00
WELLS FARGO AUTO FINANCE   UNSECURED          5401.09          .00        5401.09
ADVANCE TIL PAYDAY         UNSECURED         NOT FILED         .00            .00
AMERICASH LOANS LLC        UNSECURED           446.14          .00         446.14
AT&T                       UNSECURED         NOT FILED         .00            .00
BP AMOCO                   UNSECURED         NOT FILED         .00            .00
CHECK N GO                 UNSECURED           679.58          .00         679.58
CHRIST HOSPITAL            UNSECURED         NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED           714.37          .00         714.37
ILLINOIS TITLE LOANS       UNSECURED         NOT FILED         .00            .00
MCI                        UNSECURED         NOT FILED         .00            .00
NATIONAL QUIK CASH         UNSECURED         NOT FILED         .00            .00
PAY DAY LOAN STORE         UNSECURED         NOT FILED         .00            .00
PDL FINANCIAL SERVICES     UNSECURED           479.41          .00         479.41
PROVIDIAN                  UNSECURED         NOT FILED         .00            .00
SBC AMERITECH              UNSECURED         NOT FILED         .00            .00
US CELLULAR                UNSECURED         NOT FILED         .00            .00
USA PAYDAY LOANS           UNSECURED         NOT FILED         .00            .00
SHERMAN ACQUISITION LLC    UNSECURED           730.33          .00         730.33
WELLS FARGO AUTO FINANCE   SECURED               .00           .00            .00
RESURGENT ACQUISITION LL   UNSECURED           1317.28         .00        1317.28
COLLECTION BUREAU OF AME   NOTICE ONLY       NOT FILED         .00            .00
US CELLULAR                NOTICE ONLY       NOT FILED         .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY        2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                        1,275.11
DEBTOR REFUND              REFUND                                             1.18

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 07779 ANGELINE PATRICIA GOMULKA
```

```
-------------------------------------------------------------------------------
TRUSTEE                                    23,450.08

PRIORITY                                                              .00
SECURED                                                          9,125.00
    INTEREST                                                       580.59
UNSECURED                                                        9,768.20
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                             1,275.11
DEBTOR REFUND                                                        1.18
                                          ---------------  ---------------
TOTALS                                     23,450.08         23,450.08
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
       CASE NO. 05 B 07779 ANGELINE PATRICIA GOMULKA